Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
TERRELL MARSHALL DAUDT & WILLIE PLLC
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: enusser@tmdwlaw.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

C.B., a minor, by and through his parents Chris Bishop and Sara Christensen; J.B., a minor, by and through his parents Chris Bishop and Sara Christensen; CHRIS BISHOP, individually; and SARA CHRISTENSEN, individually,

Plaintiffs,

v.

LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington public school district; and K.C. CRAVEN, individually,

Defendants.

NO. 2:14-cv-00082-JLQ

**JOINT STATUS REPORT**

Plaintiffs and Defendant Lake Chelan School District, in compliance with the Court's April 8, 2014 Order (ECF No. 6) and Fed. R. Civ. P. 26(f), inform the Court as follows:

1. Fed. R. Civ. Proc. 26(a)(1) Initial Disclosure Deadline. The initial FRCP 26(f) conference between the parties to this joint status report took place on April 10, 2014.

JOINT STATUS REPORT - 1
CASE NO. 2:14-cv-00082-JLQ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

The parties have agreed to exchange initial disclosures as required by FRCP 26(a) no later than April 30, 2014.

2. Subject Matter. Plaintiffs intend to conduct discovery regarding the allegations in Plaintiffs' complaint; Defendant's affirmative defenses; and testimony of any expert witnesses identified by Defendant. Plaintiffs also intend to pursue third party discovery.

Defendant intends to conduct discovery into Plaintiff's allegations of liability and damages. Defendant intends to depose all of the plaintiffs, as well as any liability and damages experts identified. Defendant also anticipates having the minor plaintiffs evaluated by a psychologist pursuant to FRCP 35.

3. Electronically Stored Information ("ESI"). The parties will work to ensure that discovery is managed efficiently and will discuss the electronic systems used by each party and the form of production for all ESI before gathering and processing ESI for production.

4. Privilege and Protection Issues. The parties agree that any information or documents withheld as privileged will be logged on a privilege log. The parties are discussing an appropriate protective order to handle the treatment of confidential information.

Plaintiffs anticipate they will need to seek a protective order to bar depositions of the minor plaintiffs, limit the length and/or scope of depositions,

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

require depositions to be conducted in writing or impose other restrictions, and to bar or limit psychological evaluations of the minor plaintiffs to protect them from unreasonable harm. Plaintiff also anticipate that discovery in this case will involve private and personal medical and counseling records, and will therefore seek to enter an agreement with Defendant or a court order, if necessary, keeping those documents confidential.

Defendant anticipates that discovery in this case will involve documents that likely constitute "educational records" pursuant to 20 U.S.C. § 1232g (Family Educational and Privacy Rights Act). Defendant will cooperate in the production of such records, but will seek both a court order compelling the production of such records, and an order of protection keeping those documents confidential.

5. Changes to Limitations on Discovery. None at this time.

6. Other Orders. The parties are discussing an appropriate protective order to handle the treatment of confidential information.

7. The parties have also discussed the subjects set forth in the Court's April 10, 2014 Order (ECF No. 7) and have agreed as follows:

a. Service of Process on parties not yet served. Plaintiff has made at least six attempts to serve Defendant K.C. Craven at three different locations, and is still in the process of attempting to perfect personal service. Jerry Moberg of the law firm Jerry Moberg & Associates, PS has notified Plaintiffs' counsel that

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

he will represent Defendant Craven when Plaintiffs have perfected service. For these reasons, Plaintiffs believe that Defendant Craven is evading personal service and Plaintiffs anticipate moving the court for permission to serve Defendant Craven by other means, including mail and/or publication.

b. Jurisdiction and Venue. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as the matter involves allegations that Defendant has violated federal law. The Court also has supplemental jurisdiction over Plaintiffs' Washington State law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims asserted in this action are so related to the federal claims that they form part of the same case or controversy under Article III of the U.S. Constitution. This Court has personal jurisdiction over Defendant Lake Chelan School District because Defendant is located in this District and all the events or omissions giving rise to the claims occurred in this District. This Court has personal jurisdiction over Defendant K.C. Craven because he is believed to be located in this District and all the events of omissions giving rise to the claims against him occurred in this District.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) because the events or omissions giving rise to the claims occurred in this District.

c. Anticipated Motions. Plaintiffs anticipate they will need to seek a protective order to bar depositions of the minor plaintiffs, limit the length and/or

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

scope of depositions, require depositions to be conducted in writing or impose other restrictions, and to bar or limit psychological evaluations of the minor plaintiffs to protect them from unreasonable harm. Plaintiff also anticipate that discovery in this case will involve private and personal medical and counseling records, and will therefore seek to enter an agreement with Defendant or a court order, if necessary, keeping those documents confidential.

Defendant anticipates that discovery in this case will involve documents that likely constitute "educational records" pursuant to 20 U.S.C. § 1232g (Family Educational and Privacy Rights Act). Defendant will cooperate in the production of such records, but will seek both a court order compelling the production of such records, and an order of protection keeping those documents confidential.

d. Rule 26(f) Conference. The parties conducted the Rule 26(f) conference on April 10, 2014.

e. Trial.

i. Suggested trial date: Plaintiffs are requesting a trial date of August 3, 2015; Defendant Lake Chelan School District is requesting a trial date in July 2015.

ii. Length: Ten to 15 court days.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

iii. Pretrial conference suggested date: Plaintiffs are requesting a pretrial conference on July 20, 2015. Defendants are requesting a pretrial conference on June 22, 2015.

iv. Jury trial requested (ECF No. 5).

f. Special Procedures. The parties are not aware of any need for consolidation, reference to a special master or magistrate, arbitration or to the Judicial Panel on Multi-district Litigation.

g. Modification of Pretrial Procedures. The parties are not aware of any need to modify the standard pretrial procedures.

h. Bifurcation. The parties are not aware of any need for bifurcation.

i. Magistrate. The parties do not agree to proceed before a Magistrate Judge. Plaintiffs notified the Clerk's Office as required.

j. Likelihood of Settlement and the Point at Which the Parties Can Conduct Meaningful Dispute Resolution. The parties agree that mediation may be appropriate at around the time of the discovery cut-off.

k. Other Matters/Suggestions for Just, Efficient, and Economical Determination of the Action.

l. Electronic Service. The parties agree that, for purposes of service and computation of response deadlines under the Local Rules, filing by ECF will constitute service by hand on the date ECF automated notification is sent. The

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

parties agree that electronic service of all other documents, including discovery requests and responses, shall also constitute sufficient service.

RESPECTFULLY SUBMITTED AND DATED this 24th day of April, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Erika L. Nusser___________
Beth E. Terrell, WSBA # 26759
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiffs
936 North 34th St., Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: enusser@tmdwlaw.com

*Attorneys for Plaintiff*

EVANS CRAVEN & LACKIE P.S.

By: /s/ Frieda K. Zimmerman_________
Via Email Authority 4/24/14
Michael E. McFarland, Jr., WSBA #23000
Frieda K. Zimmerman, WSBA #46541
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
Telephone: (509) 455-5200
Facsimile: (509) 455-3632
Email: mmcfarland@ecl-law.com
Email: fzimmerman@ecl-law.com

*Attorneys for Defendant Lake Chelan School District No. 12*

JOINT STATUS REPORT - 7
CASE NO. 2:14-cv-00082-JLQ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

**CERTIFICATE OF SERVICE**

I, Erika L. Nusser, hereby certify that on April 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael E. McFarland, Jr., WSBA #23000
Frieda K. Zimmerman, WSBA #46541
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
Telephone: (509) 455-5200
Facsimile: (509) 455-3632
Email: mmcfarland@ecl-law.com
Email: fzimmerman@ecl-law.com

*Attorneys for Defendant Lake Chelan School District No. 129*

DATED this 24th day of April, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Erika L. Nusser___________
Beth E. Terrell, WSBA # 26759
Erika L. Nusser, WSBA #40854
Attorneys for Plaintiffs
936 North 34th St., Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimilie: (206) 350-3528
Email: bterrell@tmdwlaw.com
Email: enusser@tmdwlaw.com

JOINT STATUS REPORT - 8
CASE NO. 2:14-cv-00082-JLQ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com