Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
TERRELL MARSHALL DAUDT & WILLIE PLLC
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  bterrell@tmdwlaw.com
Email:  enusser@tmdwlaw.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C.B., a minor, by and through his parents Chris Bishop and Sara Christensen; J.B., a minor, by and through his parents Chris Bishop and Sara Christensen; CHRIS BISHOP, individually; and SARA CHRISTENSEN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington public school district; and K.C. CRAVEN, individually,<br><br>Defendants. | NO. 2:14-cv-00082-JLQ<br><br>**PLAINTIFFS' PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM TO REPRESENT THE INTERESTS OF THE MINOR PLAINTIFFS** |

Pursuant to LR17.1 and the Court's April 8, 2014 Order, Plaintiffs hereby apply for appointment of a guardian ad litem for the minor Plaintiffs involved in this action.  Plaintiffs submit the following attorneys are willing to serve as a guardian ad litem to represent the interests of the minor Plaintiffs:

PLAINTIFFS' PETITION FOR APPOINTMENT OF
GUARDIAN AD LITEM TO REPRESENT THE
INTERESTS OF THE MINOR PLAINTIFFS - 1
CASE NO. 2:14-cv-00082-JLQ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## H. Douglas Spruance III

H. Douglas Spruance III received his J.D. from The Catholic University of America, Columbus School of Law in 1974. He is a member of the Pennsylvania (1974), California (1976), and Washington (1993) state bars, and has practiced law in Washington, D.C., California and Washington, handling cases in many states. He is admitted to practice in a number of U.S. District courts in Pennsylvania, California, and Washington, including the U.S. District Court for the Eastern District of Washington. Throughout his career he has represented numerous catastrophically injured/sexually abused, elder abused clients in complex civil litigation. His practice areas of expertise include nursing home litigation, sexual abuse and elder abuse. He has represented injured and abused children throughout his career, and he has previous experience serving as a guardian ad litem.

Mr. Spruance was awarded the prestigious Washington State Public Justice Award by the Washington State Association for Justice (WSAJ) in 2011, and is an Eagle Member of the Board of Governors of WSAJ and current Vice President - East. He is also a volunteer Board member of the Foundation for Washington Courts.

PLAINTIFFS' PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM TO REPRESENT THE INTERESTS OF THE MINOR PLAINTIFFS - 2
CASE NO. 2:14-cv-00082-JLQ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Mr. Spruance also has experience working with youth in his community. He incorporated and helped to establish non-profit corporations, Heal the Bay in California and Cup of Cool Water for street youth in Spokane, Washington.

Mr. Spruance's rate for guardian ad litem services is $250 per hour.

**Kammi Mencke Smith**

Kammi Mencke Smith is a shareholder at Winston & Cashatt, P.S. She earned her J.D. from Gonzaga University School of Law in 2003 and is admitted to practice in the U.S. District Court for the Easter District of Washington. Ms. Smith's practice focuses on education and employment litigation. Within those areas, Ms. Smith advises clients in numerous matters including employment contracts and termination, labor law and collective bargaining, special education issues, curriculum and policy development, school discipline, and constitutional issues. She also has experience representing minors.

Before joining Winston & Cashatt, Ms. Smith was a high school teacher and coach. Ms. Smith has her masters degree in Educational Leadership with an emphasis in secondary education administration.

Ms. Smith was a Washington State Bar Association Leadership Institute Fellow in 2008, has been the president of both the Spokane County Young

PLAINTIFFS' PETITION FOR APPOINTMENT OF
GUARDIAN AD LITEM TO REPRESENT THE
INTERESTS OF THE MINOR PLAINTIFFS - 3
CASE NO. 2:14-cv-00082-JLQ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Lawyers Division and Spokane Chapter of Washington Women Lawyers. She was named a "Rising Star" by Washington Law & Politics for 2010 and 2011.

Ms. Smith's rate for guardian ad litem services is $250 per hour.

### Michael M. Parker

Mr. Parker has been in practice for over 15 years litigating business, real estate, family and bankruptcy law issues. He is a member of the law firm Powell Kuznetz & Parker, PS, located in Spokane and is a member of the Spokane County, Washington State and Idaho State Bar Associations and is admitted to practice in the Eastern District of Washington.

Mr. Parker attended Gonzaga University School of Law and received his Juris Doctor degree in 1986, and was admitted to practice in Washington in 1987 and in Idaho in 1989.

Mr. Parker has previously served as a guardian ad litem and his rate for guardian ad litem services is $250 per hour.

PLAINTIFFS' PETITION FOR APPOINTMENT OF
GUARDIAN AD LITEM TO REPRESENT THE
INTERESTS OF THE MINOR PLAINTIFFS - 4
CASE NO. 2:14-cv-00082-JLQ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

RESPECTFULLY SUBMITTED AND DATED this 29th day of April, 2014.

        TERRELL MARSHALL DAUDT & WILLIE PLLC

        By:   /s/ Erika L. Nusser, WSBA #40854
            Beth E. Terrell, WSBA # 26759
            Erika L. Nusser, WSBA #40854
            Attorneys for Plaintiffs
            936 North 34th St., Suite 300
            Seattle, Washington 98103-8869
            Telephone: (206) 816-6603
            Facsimilie: (206) 350-3528
            Email: bterrell@tmdwlaw.com
            Email: enusser@tmdwlaw.com

PLAINTIFFS' PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM TO REPRESENT THE INTERESTS OF THE MINOR PLAINTIFFS - 5
CASE NO. 2:14-cv-00082-JLQ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on April 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael E. McFarland, Jr., WSBA #23000
Frieda K. Zimmerman, WSBA #46541
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
Telephone:  (509) 455-5200
Facsimile:  (509) 455-3632
Email:  mmcfarland@ecl-law.com, kmauss@ecl-law.com
Email:  fzimmerman@ecl-law.com

*Attorneys for Defendant Lake Chelan School District No. 129*

DATED this 29th day of April, 2014.

>                   TERRELL MARSHALL DAUDT &
>                   WILLIE PLLC
>
>                   By: /s/ Erika L. Nusser, WSBA #40854
>                       Beth E. Terrell, WSBA # 26759
>                       Erika L. Nusser, WSBA #40854
>                       Attorneys for Plaintiffs
>                       936 North 34th St., Suite 300
>                       Seattle, Washington 98103-8869
>                       Telephone:  (206) 816-6603
>                       Facsimilie:  (206) 350-3528
>                       Email:  bterrell@tmdwlaw.com
>                       Email:  enusser@tmdwlaw.com

PLAINTIFFS' PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM TO REPRESENT THE INTERESTS OF THE MINOR PLAINTIFFS - 6
CASE NO. 2:14-cv-00082-JLQ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com