The Honorable Justin L.Quackenbush

1

2

3

4

5

6

7

8

9

MICHAEL E. McFARLAND, JR., #23000
FRIEDA K. ZIMMERMAN, #46541
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Lake Chelan School District No. 129

10

11

12

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

13

| | |
|---|---|
| 14 C.B., a minor, by and through his parents Chris Bishop and Sara Christensen; J.B., a minor, by and through his parents Chris Bishop and Sara Christensen; CHRIS BISHOP, individually; and SARA CHRISTENSEN, individually, | Case No.  2:14-CV-82 - JLQ |
| Plaintiffs, | DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S ANSWER TO AMENDED COMPLAINT |
| vs. | |
| LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington public school district; and K.C. CRAVEN, individually. | |
| Defendants | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

COMES NOW Defendant LAKE CHELAN SCHOOL DISTRICT NO. 129, by and through the undersigned attorney of record, and by way of answer to Plaintiffs' Amended Complaint, admits, denies and alleges as follows:

## I.  INTRODUCTON

1.1    The allegations contained in Paragraph 1.1 of Plaintiffs' Amended Complaint are not factual assertions to which a response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability against this answering Defendant.

## II.  JURISDICTION AND VENUE

2.1    <u>Jurisdiction</u>. This answering Defendant admits that jurisdiction was proper in Chelan County, and pursuant to Defendant's removal to this Court, is now proper in the United States District Court for the Eastern District of Washington. This answering Defendant admits that Defendant Lake Chelan School District operates public schools in Chelan County, Washington. This answering Defendant is without sufficient information to admit or deny whether Defendant Craven is a resident of Chelan County, and therefore denies the same. Any remaining allegations contained in Paragraph 2.1 of Plaintiffs' Amended Complaint are denied.

2.2    <u>Venue</u>. This answering Defendant admits that venue was proper in Chelan County, and pursuant to Defendant's removal to this Court, is now proper in the United States District Court for the Eastern District of Washington. This answering Defendant further admits that Defendant Lake Chelan School District operates public schools in Chelan County. This answering Defendant is without sufficient information to admit or deny whether Defendant Craven is a resident

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

of Chelan County, and therefore denies the same.  Any remaining allegations contained in Paragraph 2.2 of Plaintiffs' Amended Complaint are denied.

### III. PARTIES

3.1    <u>Plaintiffs Chris Bishop and Sara Christensen.</u> This answering Defendant admits the allegations contained in Paragraph 3.1 of Plaintiffs' Amended Complaint.

3.2    <u>Plaintiffs C.B. and J.B.</u> This answering Defendant admits that C.B. and J.B. are minors and that they attended Morgen Owings Elementary School in the Lake Chelan School District. The remaining allegations contained in Paragraph 3.2 of Plaintiffs' Amended Complaint are legal conclusions to which no response is deemed necessary.

3.3    <u>Defendant Lake Chelan School District.</u> This answering Defendant admits that Lake Chelan School District is a public school district in the state of Washington and that it receives federal funding for its public education systems. This answering Defendant further admits that it hires and supervises employees of Lake Chelan School District. The remaining allegations contained in Paragraph 3.3 of Plaintiffs' Amended Complaint constitute legal conclusions to which no response is deemed necessary.

3.4    <u>Defendant K.C. Craven.</u> This answering Defendant admits that Defendant Craven was, during a portion of the timeframe covered by Plaintiffs' Amended Complaint, employed as a fourth grade teacher at Morgan Owings Elementary School and as a coach at Chelan High School. Any remaining allegations contained in Paragraph 3.4 of Plaintiffs' Amended Complaint are denied.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## IV. FACTUAL ALLEGATIONS

4.1    This answering Defendant admits the allegations contained in Paragraph 4.1 of Plaintiffs' Amended Complaint.

4.2    This answering Defendant admits that Defendant Craven was hired by Lake Chelan School District and worked under its supervision. This answering Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.2 of Plaintiffs' Amended Complaint, and therefore denies the same.

4.3    This answering Defendant admits that C.B. was a student in Defendant Craven's fourth grade class for the 2009-2010 school year. Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.3 of Plaintiffs' Amended Complaint, and therefore deny the same. Defendant denies all allegations of liability for the alleged acts of Defendant Craven as set forth in Paragraph 4.3 of Plaintiffs' Amended Complaint.

4.4    Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.4 of Plaintiffs' Amended Complaint, and therefore deny the same. Defendant denies all allegations of liability for the alleged acts of Defendant Craven as set forth in Paragraph 4.4 of Plaintiffs' Amended Complaint.

4.5    This answering Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4.5 of Plaintiffs' Amended Complaint, and therefore denies the same. Defendant denies all allegations of liability for the alleged acts of Defendant Craven

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

as set forth in Paragraph 4.5 of Plaintiffs' Amended Complaint.

4.6     This answering Defendant denies the allegations contained in Paragraph 4.6 of Plaintiffs' Amended Complaint.

4.7     This answering Defendant admits that Ms. Christensen met with school counselor Ted Sheimo. This answering Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.7 of Plaintiffs' Amended Complaint, and therefore denies the same.

4.8     This answering Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4.8 of Plaintiffs' Amended Complaint, and therefore denies the same. Defendant denies all allegations of liability for the alleged acts of Defendant Craven as set forth in Paragraph 4.8 of Plaintiffs' Amended Complaint.

4.9     This answering Defendant denies the allegations contained in Paragraph 4.9 of Plaintiffs' Amended Complaint.

4.10    This answering Defendant admits that one incident involving J.B. being bullied was reported, and that the principal spoke to the other child involved about the issue. This answering Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.10 of Plaintiffs' Amended Complaint, and therefore denies the same.

4.11    This answering Defendant admits that J.B. was in a class taught by Mrs. Reister and was subsequently removed from the classroom at the request of J.B.'s parents, after a miscommunication regarding J.B.'s grade. The remaining allegations contained in Paragraph 4.11 of Plaintiffs' Amended Complaint are denied.

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

4.12  This answering Defendant denies that the District refused to acknowledge or deal with issues related to the allegations of assault. This answering Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.12 of Plaintiffs' Amended Complaint, and therefore denies the same.

4.13  This answering Defendant admits that the District received complaints regarding Defendant Craven texting male students in 2010, and that such conduct was in violation of District policies. The remaining allegations contained in Paragraph 4.13 of Plaintiffs' Amended Complaint are denied.

4.14  This answering Defendant denies the allegations contained in Paragraph 4.14 of Plaintiffs' Amended Complaint.

4.15  This answering Defendant admits that the District commissioned an investigation into Defendant Craven's alleged inappropriate behaviors, and that the alleged conduct would be in violation of District policies. All remaining allegations contained in Paragraph 4.15 of Plaintiffs' Amended Complaint are denied.

4.16  This answering Defendant admits that Defendant Craven sent inappropriate text messages to male students. This answering Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 4.16 of Plaintiffs' Amended Complaint. Defendant denies all allegations of liability based upon Defendant Craven's alleged conduct.

4.17  This answering Defendant admits that Superintendent Robert Mahanan issued Defendant Craven a letter of reprimand for his conduct, and that such conduct constituted Defendant Craven's third offense related to unprofessional conduct regarding student care.

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 6

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

This answering Defendant denies knowledge of Defendant Craven's alleged sexual harassment of male students. All remaining allegations contained in Paragraph 4.17 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability based upon Defendant Craven's alleged conduct, are denied.

4.18   This answering Defendant admits that Defendant Craven was not terminated after the 2010 investigation. This answering Defendant denies that the three offenses involved inappropriate sexual conduct with male students. This answering Defendant admits that the District removed Defendant Craven from his coaching position and that Defendant Craven retained his position as a fourth grade teacher. All remaining allegations contained in Paragraph 4.18 of Plaintiffs' Amended Complaint are denied.

4.19   This answering Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4.19 of Plaintiffs' Amended Complaint, as the allegation is both vague and ambiguous. Defendant denies that its decision not to terminate Defendant Craven's employment gives rise to any liability on the part of this answering Defendant.

4.20   This answering Defendant denies the allegations contained in Paragraph 4.20 of Plaintiffs' Amended Complaint. Defendant further denies all allegations of liability, including the allegation of an insufficient, improper or inadequate investigation.

4.21   This answering Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4.21 of Plaintiffs' Amended Complaint, and therefore denies the same. Defendant further denies all allegations of liability, including the allegation of

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

an insufficient, improper or inadequate investigation.

4.22    This answering Defendant denies all allegations contained in Paragraph 4.22 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

4.23    The allegations contained in Paragraph 4.23 of Plaintiffs' Amended Complaint are not directed at this answering Defendant and as such no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant is without sufficient information to admit or deny the allegations, and therefore denies the same. This answering Defendant denies any allegations of liability against it that may be contained in Paragraph 4.23 of Plaintiffs' Amended Complaint, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

4.24    This answering Defendant denies all allegations contained in Paragraph 4.24 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## V. FIRST CLAIM FOR RELIEF

5.1    This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 4.24.

5.2    The allegations contained in Paragraph 5.2 of Plaintiffs' Amended Complaint are not directed at this answering Defendant and as such no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant is without sufficient

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 8

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

information to admit or deny the allegations, and therefore denies the same. This answering Defendant denies any allegations of liability against it that may be contained in Paragraph 5.2 of Plaintiffs' Amended Complaint.

5.3    This answering Defendant denies any allegations against it that may be contained in Paragraph 5.3 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## VI. SECOND CLAIM FOR RELIEF

6.1    This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 5.3.

6.2    The allegations contained in Paragraph 6.2 of Plaintiffs' Amended Complaint are not directed at this answering Defendant and as such no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant is without sufficient information to admit or deny the allegations, and therefore denies the same. This answering Defendant denies any allegations of liability against it that may be contained in Paragraph 6.2 of Plaintiffs' Amended Complaint, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## VII. THIRD CLAIM FOR RELIEF

7.1    This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 6.2.

7.2    This answering Defendant denies all allegations of liability contained in Paragraph 7.2 of Plaintiffs' Amended

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Complaint. Defendant further denies all allegations of the existence of a special relationship with Plaintiffs.

7.3     This answering Defendant denies all allegations of liability contained in Paragraph 7.3 of Plaintiffs' Amended Complaint.

7.4     This answering Defendant denies all allegations of liability contained in Paragraph 7.4 of Plaintiffs' Amended Complaint.

7.5     This answering Defendant denies all allegations contained in Paragraph 7.5 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## VIII. FOURTH CLAIM FOR RELIEF

8.1     This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 7.5.

8.2     This answering Defendant denies all allegations of liability contained in Paragraph 8.2 of Plaintiffs' Amended Complaint. Defendant further denies all allegations of the existence of a special relationship with Plaintiffs.

8.3     This answering Defendant denies all allegations of liability contained in Paragraph 8.3 of Plaintiffs' Amended Complaint.

8.4     This answering Defendant denies all allegations contained in Paragraph 8.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

///

///

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 10

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## IX. FIFTH CLAIM FOR RELIEF

9.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 8.4.

9.2  This answering Defendant denies all allegations contained in Paragraph 9.2 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## X. SIXTH CLAIM FOR RELIEF

10.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 9.2.

10.2  The allegations contained in Paragraph 10.2 of Plaintiffs' Amended Complaint constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability contained in Paragraph 10.2 of Plaintiffs' Amended Complaint.

10.3  This answering Defendant denies all allegations contained in Paragraph 10.3 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XI. SEVENTH CLAIM FOR RELIEF

11.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 10.3.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

11.2  This answering Defendant denies all allegations contained in Paragraph 11.2 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XII. EIGHTH CLAIM FOR RELIEF

12.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 11.2.

12.2  The allegations in the first sentence of Paragraph 12.2 of Plaintiffs' Amended Complaint constitute legal conclusions to which no response is deemed necessary. This answering Defendant denies all remaining allegations contained in Paragraph 12.2 of Plaintiffs' Amended Complaint.

12.3  This answering Defendant denies all allegations contained in Paragraph 12.3 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XIII. NINTH CLAIM FOR RELIEF

13.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 12.3.

13.2  This answering Defendant denies all allegations contained in Paragraph 13.2 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

///

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## XIV. TENTH CLAIM FOR RELIEF

14.1   This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 13.2.

14.2   This answering Defendant admits that it has policies prohibiting the sexual harassment of students. The remaining allegations contained in Paragraph 14.2 of Plaintiffs' Amended Complaint constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability contained in Paragraph 14.2 of Plaintiffs' Amended Complaint.

14.3   This answering Defendant denies all allegations contained in Paragraph 14.3 of Plaintiffs' Amended Complaint.

14.4   This answering Defendant denies all allegations contained in Paragraph 14.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XV. ELEVENTH CLAIM FOR RELIEF

15.1   This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 14.4.

15.2   This answering Defendant admits that it has policies prohibiting the sexual harassment of students. The remaining allegations contained in Paragraph 15.2 of Plaintiffs' Amended Complaint constitute legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 13

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

liability contained in Paragraph 15.2 of Plaintiffs' Amended Complaint.

15.3  This answering Defendant denies all allegations contained in Paragraph 15.3 of Plaintiffs' Amended Complaint.

15.4  This answering Defendant denies all allegations contained in Paragraph 15.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XVI. TWELFTH CLAIM FOR RELIEF

16.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 15.4.

16.2  This answering Defendant denies all allegations contained in Paragraph 16.2 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XVII. THIRTEENTH CLAIM FOR RELIEF

17.1  This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 16.2.

17.2  This answering Defendant denies the allegations contained in the first sentence of Paragraph 17.2 of Plaintiffs' Amended Complaint. The remaining allegations constitute legal conclusions, to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

17.3 This answering Defendant denies all allegations of liability contained in Paragraph 17.3 of Plaintiffs' Amended Complaint.

17.4 This answering Defendant denies all allegations contained in Paragraph 17.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XVIII. FOURTEENTH CLAIM FOR RELIEF

18.1 This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 17.4.

18.2 This answering Defendant denies all allegations contained in the first, third and fourth sentences of Paragraph 18.2 of Plaintiffs' Amended Complaint. The remaining allegations constitute legal conclusions, to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability.

18.3 This answering Defendant denies all allegations of liability contained in Paragraph 18.3 of Plaintiffs' Amended Complaint.

18.4 This answering Defendant denies all allegations contained in Paragraph 18.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XIX. FIFTEENTH CLAIM FOR RELIEF

19.1 This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 18.4.

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 15

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

19.2   This answering Defendant denies all allegations contained in the first, third and fourth sentences of Paragraph 19.2 of Plaintiffs' Amended Complaint. The remaining allegations constitute legal conclusions, to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability.

19.3   This answering Defendant denies all allegations of liability contained in Paragraph 19.3 of Plaintiffs' Amended Complaint.

19.4   This answering Defendant denies all allegations contained in Paragraph 19.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence, nature and extent of Plaintiffs' claimed injuries and damages.

## XX. SIXTEENTH CLAIM FOR RELIEF

20.1   This answering Defendant incorporates by this reference the answers previously asserted in response to the allegations contained in Paragraphs 1.1 through 19.4.

20.2   This answering Defendant denies all allegations contained in the first, third and fourth sentences of Paragraph 20.2 of Plaintiffs' Amended Complaint. The remaining allegations constitute legal conclusions, to which no response is deemed necessary. To the extent a response is deemed necessary, this answering Defendant denies all allegations of liability.

20.3   This answering Defendant denies all allegations of liability contained in Paragraph 20.3 of Plaintiffs' Amended Complaint.

20.4   This answering Defendant denies all allegations contained in Paragraph 20.4 of Plaintiffs' Amended Complaint, including but not limited to all allegations of liability, as well as the existence,

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 16

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

nature and extent of Plaintiffs' claimed injuries and damages.

## XXI. PRAYER FOR RELIEF

This answering Defendant denies that Plaintiffs are entitled to the relief, including the relief requested in Paragraphs A through F, contained on page 16 of Plaintiffs' Amended Complaint.

***

This answering Defendant denies all allegations of liability contained in Plaintiffs' Amended Complaint.  To the extent that such allegations are not specifically denied above, they are hereby denied.

## XXII. AFFIRMATIVE DEFENSES

WHEREFORE, having answered Plaintiffs' Amended Complaint, Defendant asserts the following affirmative defenses:

FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Defendant did not violate any of Plaintiffs' constitutional or federally protected rights.

THIRD AFFIRMATIVE DEFENSE

To the extent Plaintiffs failed to mitigate their damages, their recovery, if any, must be proportionately reduced.

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs have claimed injuries and damages caused by the alleged intentional acts of Defendant Craven. Defendant Lake Chelan School District is entitled to have the jury segregate damages caused by Defendant Craven's alleged intentional acts and any damages

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

determined to have been caused by Defendant Lake Chelan School District.

*** 

Defendant has answered the Amended Complaint in good faith and based upon information reasonably known to Defendant. To the extent discovery in this matter reveals information that provides the basis for additional affirmative defenses, Defendant reserves the right to assert additional affirmative defenses as may be warranted by further discovery.

DATED this 12th day of May, 2014.

EVANS, CRAVEN & LACKIE, P.S.


By:    ___s/ Frieda K. Zimmerman_____
MICHAEL E. McFARLAND, JR., #23000
FRIEDA K. ZIMMERMAN, #46541
Attorneys for Lake Chelan School District

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 18

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Beth E. Terrell
Erika L. Nusser
Terrell Marshall Daudt & Willie, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
(206) 816-6603
bterrell@tmdwlaw.com
enusser@tmdwlaw.com

By:        s/ Frieda K. Zimmerman
MICHAEL E. McFARLAND, JR., #23000
FRIEDA K. ZIMMERMAN, #46541
Attorneys for Lake Chelan School District
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
fzimmerman@ecl-law.com

DEFENDANT LAKE CHELAN SCHOOL DISTRICT'S
ANSWER TO AMENDED COMPLAINT - page 19

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632