HON. JUSTIN L. QUANKENBUSH

JERRY J. MOBERG
Jerry Moberg & Associates, P.S.
P.O. Box 130
124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356

Attorney for Defendant Craven

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C.B., a minor, by and through his parents Chris Bishop and Sarah Christensen, J.B., a minor, by and through his parents, Chris Bishop and Sara Christensen; CHRIS BISHOP, individually and SARA CHRISTENSEN individually , <br><br>                    Plaintiff,<br>   v.<br><br>LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington public school district; and K.C. CRAVEN, individually. ,<br><br>                    Defendants. | NO. 2:14-CV-82-JLQ<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO:        Sean F. McAvoy
           US Eastern District Court
           920 West Riverside Ave, Room 840
           Spokane, WA 99201

T:\WPWIN\K.C. Craven\Bishop v. Craven & Lake Chelan SD\Pleadings - Initial\277728.doc

NOTICE OF APPEARANCE OF COUNSEL
PAGE 1

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✦ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

AND TO:  Beth E. Terrell
Erica L. Nusser
Terrell Marshall Daudt & Willie PLLC
936 North 34th St. Suite 300
Seattle, WA 98103
*Attorneys for Plaintiffs*

AND TO:  Michael E. McFarland
Frieda K. Zimmerman
Evans, Craven & Lackie, PS
818 West Riverside Avenue Suite 250
Spokane, WA 99201
*Attorneys for Defendant Lake Chelan School District*

COMES NOW Defendant K.C. Craven, and herewith enters this appearance in the above-entitled action through Jerry J. Moberg, of Jerry Moberg & Associates, P.S., attorneys of record, and request that all further pleadings herein, exclusive of process, be served upon said attorneys at their office address stated below.

Jerry Moberg & Associates, P.S.
124 3rd Ave S.W. / P.O. Box 130
Ephrata, WA 98823
Ph. (509) 754-2356 / Fax (509) 754-4202

Defendant Craven hereby specifically reserves all defenses as to lack of jurisdiction. improper venue, insufficiency of process, or any other defenses available to the Defendant.

T:\WPWIN\K.C. Craven\Bishop v. Craven & Lake Chelan SD\Pleadings - Initial\277728.doc
NOTICE OF APPEARANCE OF COUNSEL
PAGE -- 2

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

RESPECTFULLY *Submitted* May 19, 2014

                          JERRY MOBERG & ASSOCIATES, P.S.

                          */s/ Jerry J. Moberg*
                          JERRY J. MOBERG, WSBA #5282
                          Attorney for Defendant Craven

T:\WPWIN\K.C. Craven\Bishop v. Craven & Lake Chelan SD\Pleadings - Initial\277728.doc

NOTICE OF APPEARANCE OF COUNSEL
PAGE -- 3

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✦ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Beth E. Terrell
    Erica L. Nusser
    Terrell Marshall Daudt & Willie PLLC
    936 North 34th St. Suite 300
    Seattle, WA 98103
    bterrell@tmdwlaw.com; enusser@tmdlaw.com
    *Attorneys for Plaintiffs*

    Michael E. McFarland
    Frieda K. Zimmerman
    Evans, Craven & Lackie, PS
    818 West Riverside Avenue Suite 250
    Spokane, WA  99201
    mmcfarland@ecl-law.com , kmauss@ecl-law.com ,
    fzimmerman@ecl-law.com
    *Attorneys for Defendant Lake Chelan School District*

DATED May 19, 2014 at Ephrata, WA.

                        */s/ Jerry J. Moberg*
                        Jerry Moberg, WSBA #5282
                        jmoberg@jmlawps.com
                        Attorney for Defendant Craven

T:\WPWIN\K.C. Craven\Bishop v. Craven & Lake Chelan SD\Pleadings - Initial\277728.doc
NOTICE OF APPEARANCE OF COUNSEL
PAGE -- 4

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202