


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C.B., a minor by and through his parents Chris Bishop and Sara Christensen; J.B., a minor by and through his parents Chris Bishop and Sara Christensen; CHRIS BISHOP, individually; and SARA CHRISTENSEN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington Public School District; and K.C. CRAVEN, individually,<br><br>Defendants. | NO. 2:14-CV-0082-JLQ<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

BEFORE THE COURT is the Plaintiffs Petition for Appointment of Guardian Ad Litem to represent the interests of the minor Plaintiffs (ECF No. 10).  The court construes the Petition as a motion, although it was docketed as a Memorandum.

Local Rule 17.1 provides:

> At the time of the commencement of any action involving a beneficial interest or claim of a minor or incompetent, the plaintiff shall petition the Court and obtain appointment by the Court of an independent guardian ad litem to represent the interest of the ward...At the time of the commencement of the action, counsel for the plaintiff shall submit to the Court a list of not less than three attorneys and their qualifications, who are willing to serve as guardian ad litem.

In compliance with Local Rule 17.1, the Petition has provided the names and qualifications of three attorneys willing to serve as guardian.

**IT IS HEREBY ORDERED:**

ORDER - 1

1

2   The Plaintiffs' Petition (ECF No. 10) is **GRANTED** and the court appoints H. Douglas Spruance III, as the Guardian Ad Litem for minor children C.B. and J.B. The

3   court cautions Mr. Spruance to promptly alert the court should a conflict of interest arise

4   in the representation of the interests of more than one minor.

5   The District Court Executive is directed to file this Order and provide copies to

6   counsel, as well as to attorney H. Douglas Spruance, III.

7   **DATED** this 22nd day of May, 2014.

8                             s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
9                    SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2