UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C.B., a minor, by and through his parents CHRIS BISHOP and SARA CHRISTENSEN; J.B., a minor, by and through his parents CHRIS BISHOP and SARA CHRISTENSEN; CHRIS BISHOP, individually, and SARA CHRISTENSEN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington public school district; and K.C. CRAVEN, individually,<br><br>Defendants. | NO. 2:14-CV-82-JLQ<br><br>ORDER GRANTING PROTECTIVE ORDER; DENYING SANCTIONS ORDER |

The Court heard telephonic oral arguments regarding the Plaintiff's Motion for Protective Order and for Sanctions (ECF No. 31) on November 17, 2014. Erika L. Nusser represented the Plaintiffs and Jerry John Moberg spoke on behalf of the Defendants. The court previously stayed the Motion pending oral arguments, but out of concern for the minor, outlined the restrictions placed on Defendant Craven for Plaintiff C.B.'s deposition (ECF No. 36). Having heard from the parties, the court reaffirms those restrictions.

Additionally, the Plaintiffs requested sanctions against Defendants. Fed.R.Civ.P. 37(a)(5)(A)(iii) allows the court to deny sanctions during discovery motions "if other circumstances make an award of expenses unjust." Plaintiff's request for sanctions is denied.

**IT IS HEREBY ORDERED:**

1. The Plaintiff's Motion for Protective Order and for Sanctions (ECF No. 31) is **GRANTED** in part and **DENIED** in part. The Protective Order is GRANTED and parties

ORDER - 1

shall conform with the restrictions previously articulated by the court in ECF No. 36. The request for sanctions against the Defendants is DENIED.

**IT IS SO ORDERED.** The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 17th day of November, 2014.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2