# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHRIS BISHOP, et al,

*Plaintiff*

v.

LAKE CHELAN SCHOOL DISTRICT NO. 129, et al,

*Defendant*

Civil Action No.  2:14-CV-00082-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a motion for

Settlement GRANTED. Defendant Lake Chelan School District shall deposit $500,000 into the Registry fo the Court.

Date:  December 15, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy