# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHRIS BISHOP, et al.

*Plaintiff*

v.

LAKE CHELAN SCHOOL DISTRICT NO. 129, a Washington Public School District

*Defendant*

Civil Action No. 2:14-CV-00082-JLQ

## SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Petition for Approval of Minors' Settlement and Allocation of Settlement Proceeds (ECF No. 161) GRANTED. Defendant Lake Chelan School District shall deposit sum of $500,000 into Registry of the Court

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by    Judge Quackenbush

The Complaint [ECF No. 59] and the claims therein are dismissed with prejudice and without costs to any party hereto.

Date: 01/21/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates